UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC H. BASS,<br>           Plaintiff,<br>   v.<br>E. TOOTELL, et al.,<br>           Defendants. | Case No. 13-cv-01979-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>(Dkt. 21) |

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion to Dismiss. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' dispositive motion will be extended up to and including **twenty-eight (28) days** from the date of this Order.

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated: July 21, 2014

                                                YVONNE GONZALEZ ROGERS
                                                United States District Judge

P:\PRO-SE\YGR\CR.13\Bass1979.grantEOToppMTD.docx