UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC H. BASS,

          Plaintiff,

   v.

E. TOOTELL, et al.,

          Defendants.

Case No.  13-cv-01979-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion to Dismiss,

IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's

Order, and that each party bear its own costs of action.

    IT IS SO ORDERED.

Dated: March 17, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge